FILED SM
RECEIVED
2010 JAN 14 P 2 51
CLERK
U.S. BANKRUPTCY
DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re:                                              Case No.: 2:09-bk-21818-RTB

KATHERINE CHRISTENSEN                               Chapter: 7
*Debtor(s)*

---

KATHERINE CHRISTENSEN                               Adversary No.: 2:09-ap-01369-RTB
*Plaintiff(s)*

v.

JPMORGAN CHASE & CO.
*Defendant(s)*

---

## CERTIFICATE OF SERVICE

I, __Thomas Ford McFadden__ certify that I am, and at all times during the service of process, was not less than 18 years of age. I further certify that the service of the summons and a copy of the complaint was made on __November 4, 2009__ by:

☐ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

☐ Personal Sevice: By leaving the process with the defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☑ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

**JP MORGAN CHASE & CO**
270 Park Avenue
New York, NY 10017

☐ Publication: The defendant was served as follows: (Describe briefly)

☐ State Law: The defendant was served pursuant to the laws of the State of _____ as follows: (Describe briefly)

If service of process was made by personal service, residential service, or pursuant to state law, I further certify that I am not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: November 4, 2009        By: Thomas-Ford-McFadden All rights reserved any Invoked
                                         (Signature)

Thomas Ford - McFadden
(Print Name)

_____
(Business Address)

_____
(City, State, Zip Code)

# EVIDENCE OF SERVICE

True unaltered copy of receipt for    ☐ United States Certified Mail    ☐ Return Receipt Requested
                                       ☐ United States Express Mail    ☐ Postal Service receipt for currency

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

NEW YORK NY 10017

| | | |
|---|---|---|
| Postage | $ | $0.61    0200 |
| Certified Fee | | $2.80    01 Postmark Here |
| Return Receipt Fee (Endorsement Required) | | $2.30 |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 |
| Total Postage & Fees | $ | $5.71    11/04/2009 |

Sent To
Street, Apt. No.; or PO Box No.    **JP MORGAN CHASE & CO**
                             270 Park Avenue
City, State, ZIP+4    New York, NY 10017

PS Form 3800, August 2006      See Reverse for Instructions

7009 0080 0002 0454 2135

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
X _____ ☒ Agent ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery    11/_/__
D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below: ☐ No

1. Article Addressed to:

JP MORGAN CHASE & CO
270 Park Avenue
New York, NY 10017

3. Service Type
  ☐ Certified Mail    ☐ Express Mail
  ☐ Registered    ☐ Return Receipt for Merchandise
  ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)    7009 0080 0002 0454 2135

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

State of _____ )
                            ) ss.:        **COPY CERTIFICATION**
County of _____ )

On this _____ day of _____, 20_____, for the purpose of verification, I, the undersigned Notary Public, being commissioned in the County and State noted above, do certify that this is a true and correct copy which I made of the original document(s).

WITNESS my hand and official seal.

_____    _____    (Seal)
**NOTARY PUBLIC**                                 **DATE**

My commission expires: _____, 20____    (Stamp)



Home | Help | Sign

Track & Confirm        FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 0080 0002 0454 2135**
Class: **First-Class Mail®**
Service(s): **Certified Mail™**
           **Return Receipt**
Status: **Delivered**

Your item was delivered at 12:56 PM on November 9, 2009 in NEW YORK, NY 10017.

Detailed Results:

- **Delivered, November 09, 2009, 12:56 pm, NEW YORK, NY 10017**
- **Notice Left, November 07, 2009, 3:16 pm, NEW YORK, NY 10017**
- **Arrival at Unit, November 07, 2009, 2:31 pm, NEW YORK, NY 10017**
- **Acceptance, November 04, 2009, 4:17 pm, CHANDLER, AZ 85225**

Track & Confirm

Enter Label/Receipt Number.

Go >

Site Map   Customer Service   Forms   Gov't Services   Careers   Privacy Policy   Terms of Use   Business Customer Gateway




```
Katherine Christensen                              RECEIVED
Real Party in Interest Under Injury
c/o 1134 West Grand Caymen Drive                   2009 OCT 16 AM 11: 21
Gilbert, Arizona 85233
(480) 813-3885                                        CLERK
Without Representation                            U.S. BANKRUPTCY
                                                 DISTRICT OF ARIZONA
```

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

In re:                                   )   CASE NO. 09-21818 RTB
                                         )
   KATHERINE CHRISTENSEN          )
                  Plaintiff  )   MOTION FOR COMMENCEMENT
V.                                       )   OF ADVERSARIAL PROCEEDING
                                         )
JP MORGAN CHASE & CO. its                )
assignees and/or successors              )
                  Defendant  )
_____)

Plaintifff KATHERINE CHRISTENSEN, respectfully submits this MOTION FOR

COMMENCEMENT OF ADVERSARIAL PROCEEDING. Plaintiff objects to any

and all claims because JP MORGAN CHASE & CO. Defendant has never

produced the original note or responded to any of the numerous lawful requests

submitted under Notary Seal and Presentment for debt validation as per Title 12

and Title 15. To begin the Adversarial Proceeding Plaintiff requests Discovery

starting from when the account was at $0 until the present. Defendant's forensic

accounting should state everything that is in their records, including but not limited

to everything that has been withheld from Plaintiff.


DATED: October 16, 2009                     _____
                                            Katherine Christensen

Case 2:09-ap-01860-RTB Doc 7 Filed 01/14/10 Entered 01/15/10 19:51:09 Page 5 of 1
ADVERSARIAL PROCEEDING    Main Document    Page 5 of 5

01/15/2010